# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ROLANDIS CHATMON
ADC #140078                                                                            PLAINTIFF

v.                                          4:26-cv-00314-JM

A. ROGERS, Lieutenant, *et al.*                                              DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe.  (Doc. 5)   No objections have been filed, and the time to do so has passed.   After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, the Complaint (Doc. 1) is DISMISSED without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 1st day of June 2026.

_____
UNITED STATES DISTRICT JUDGE