**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

ROLANDIS CHATMON
ADC #140078                                                                       PLAINTIFF

v.                                          4:26-cv-00314-JM

A. ROGERS, Lieutenant, *et al.*                                                   DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED without prejudice, and this case is CLOSED.   It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

Dated this 1st day of June 2026.

_____
UNITED STATES DISTRICT JUDGE